# Court of Appeals
# of the State of Georgia

ATLANTA,     April 04, 2016

*The Court of Appeals hereby passes the following order:*

## A16D0299.  WILLIE SUGGS et al. v. NAJARIAN HOLDINGS, LCC.

This dispossessory proceeding commenced in magistrate court.  Following an unfavorable ruling, Willie and Jonita Suggs appealed to the superior court.  On September 29, 2015, the superior court entered an order and writ of possession in favor of Najarian Holdings, LLC, and ordered the Suggs to pay rent into the court's registry, but it reserved the remaining issues for trial.[1]  Thereafter, on March 10, 2016, the superior court entered an order disbursing the funds held in the court's registry to Najarian Holdings, LLC.  On March 18, 2016, the Suggs filed this application for discretionary appeal from that order.  We, however, lack jurisdiction.

The underlying subject matter of this case is the dispossessory matter. See *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011).  And, pursuant to OCGA § 44-7-56, an appeal from a dispossessory judgment must be filed within seven days of the date the judgment was entered.  See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999). The superior court's judgment was entered on March 10, 2016, and the Suggs filed this application on March 18, 2016, 8 days after the superior court's order was entered.  Accordingly, the appeal is untimely and hereby DISMISSED for lack of jurisdiction.

---

[1] The Suggs filed an application for discretionary appeal of this order in case no. A16D0077.  That appeal was dismissed for the Suggs' failure to comply with interlocutory appeal procedures because issues remained pending in the superior court and there was no final judgment.



*Court of Appeals of the State of Georgia*

    *Clerk's Office, Atlanta,*_____04/04/2016_____

    *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*